# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LOUIS LEVIN | : | |
| Plaintiff, | : | Case No. 3:09-cv-287 |
| -vs- | : | Judge Walter Herbert Rice |
| BARRY KAYE & ASSOCIATES, INC. et. al., | : | |
| Defendant. | : | |

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE
## FOR PURPOSES OF CONDUCTING MEDIATION

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman solely for purpose of conducting a mediation. The Magistrate Judge shall have full authority to conduct the mediation and shall report to the Court whether or not it has resulted in settlement of this case.

August 14, 2012

*[signature]*
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT